AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** <br> **V.** <br> Barrington Plummer <br> AKA: Clyde P Daniels <br> IAE YOB: 1962 <br> Jamaica <br> (Name and Address of Defendant) | United States Courts Southern District of Texas <br> FILED <br> *February 17, 2022* <br> Nathan Ochsner, Clerk of Court | **CRIMINAL COMPLAINT** <br> Case Number: M-22-0347-M |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **February 16, 2022** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*
the defendant being then and there an alien who had previously been deported from the United States to Jamaica in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Barrington Plummer was encountered by Border Patrol Agents near Hidalgo, Texas on February 16, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on February 16, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on January 31, 2013, through New Orleans, Louisiana. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On February 7, 2012, the Defendant was convicted of 8 USC 1326 Illegal Re-Entry, and sentenced to eighteen (18) months confinement and three (3) years supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA Colton Turner

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

**February 17, 2022**

/S/ **Rosendo Agda**
Signature of Complainant

**Rosendo Agda** **Border Patrol Agent**

**Nadia S. Medrano**, **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer